Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

WALTER SMITH, Appellant, *v.* ANNIE RECKART, Respondent.

*Negligence — trespass — licensee — owner of premises on which she maintains a clothes pole not liable to employee of neighbor who attempts to climb pole to attach a line thereto without her permission where he is injured through fall of pole.*

*Smith* v. *Reckart*, 203 App. Div. 888, affirmed.

(Argued March 19, 1923; decided April 17, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 16, 1922, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff maintained on her premises a pole to which were attached clothes lines. A tenant of a building abutting defendant's premises in the rear had without permission affixed a line to defendant's pole and it requiring repairs employed plaintiff for that purpose As he was climbing the pole it fell and he received the injuries complained of. The complaint was dismissed upon the ground that plaintiff was a trespasser or at most a mere licensee to whom defendant owed no active duty of care.

*Lyman A. Spalding, Theodore H. Lord* and *Charles Novello* for appellant.

*Alfred W. Meldon* and *Joseph Force Crater* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.